**Walter W. FALLON, Appellant
and Licensee,**

**v.**

**WYOMING STATE BOARD OF MEDICAL
EXAMINERS, Appellee.**

**No. 3610.**

Supreme Court of Wyoming.

July 19, 1968.

James E. Barrett, Atty. Gen., Jack Speight, Asst. Atty. Gen., Cheyenne, Byron Hirst, of Hirst, Applegate & Thomas, Cheyenne, for appellee.

ON PETITION FOR REHEARING

Before GRAY, McINTYRE, and PARKER, JJ.

Mr. Justice GRAY delivered the opinion of the court.

The petition for rehearing is denied. (Fallon v. Wyoming State Board of Medical Examiners, Wyo., 441 P.2d 322.)

PARKER, J., would grant the petition.

HARNSBERGER, C. J., not participating.